United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YANNICK TAMBE AGBOR | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-5109 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, *et al* | § | |

**ORDER OF DISMISSAL**

In accordance with the Notice of Voluntary Dismissal filed on September 3, 2026 (Doc. No. 10), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 2nd day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE